AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2025 FEB 18 PM 1:02

CLERK
BY _CDC_
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHELLE J. ZAJKO | ) | Case No. 2:25-mj-21-1 |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 13 and 14, 2024__ in the county of __Rutland__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(a)(1)(A) | Knowingly making a false statement and representation to a Federal Firearms Licensee (FFL) with respect to information required to be kept in the records of the FFL by providing a false residential address in the ATF Form 4473. |

This criminal complaint is based on these facts:
See Affidavit.

☑ Continued on the attached sheet.

Attested to by reliable electronic means
_Complainant's signature_

James Loomis, Task Force Agent, ATF
_Printed name and title_

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__FaceTime__ _(specify reliable electronic means)_

Date: __02/18/2025__

_Judge's signature_

City and state: __Burlington, Vermont__    Kevin J. Doyle, U.S. Magistrate Judge
_Printed name and title_